Entered: June 03, 2009
Signed: June 02, 2009

**DENIED**
**The fact that the debtor may not receive a discharge does not mandate the dismissal of a converted case.**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In Re:  \*
        \*
JOSE J. RUIZ   \*   Case No. 08-11209-PM
               \*
   Debtor   \*   Chapter 7
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER DISMISSING OF CASE

Upon consideration of the Trustee's Motion to Dismiss, it is thereupon this day, by the

United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Dismiss is granted.

cc:

Michael G. Wolff, Trustee
15245 Shady Grove Road, Suite 465, North
Rockville, MD 20850

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Adam M. Freiman, Esquire
Sirody, Freiman & Feldman, p.c.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD  21208

Jose J. Ruiz
9703 51 St. Place
College Park, MD  20740

**END OF ORDER**

